# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL LEE MYERS, )
        Plaintiff, )
                                     ) Civil Action No. 05-309 Erie
v. )
DR. GADDIS, et al., )
        Defendants. )

## MEMORANDUM ORDER

       This civil rights action was initiated on October 20, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

       The Magistrate Judge's Report and Recommendation [Doc. No. 16], filed on April 21, 2006, recommended that the matter be dismissed for failure to prosecute.  The parties were allowed ten (10) days from the date of service to file objections.  Service was made on Plaintiff by certified mail and on Defendants.  No objections were filed.  After de novo review of the complaint and documents in the case, together with the Report and Recommendation, the following order is entered:

       AND NOW, this 10th day of May, 2006;

       IT IS HEREBY ORDERED that the Plaintiff's case is DISMISSED for failure to prosecute.

       The Report and Recommendation [Doc. No. 16] of Magistrate Judge Baxter, filed on April 21, 2006, is adopted as the opinion of the Court.

                                         s/   Sean J. McLaughlin
                                               United States District Judge

cm:    All parties of record
          Susan Paradise Baxter, U.S. Magistrate Judge